IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAVIA DION BLUME and KYLE DOUGLAS ALVERSON,<br><br>Defendant. | CR 19-01-H-CCL<br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1.  The United States commenced this action pursuant to 21 U.S.C. § 853;

2.  A Preliminary Order of Forfeiture was entered on March 23, 2020;

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $1,280.00 in United States currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this ___8th___ day of June, 2020.

_____
CHARLES C. LOVELL
Senior United States District Judge

2